# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **JEFF MURRAY and JOAN SAVINO**<br><br>　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**DAYSTAR HOTELS, INC. and DOES 1–50,**<br><br>　　　　**Defendants.** | Case No.: SACV 10-00630-CJC(MLGx)<br><br><br>**JUDGMENT** |

　　Plaintiffs Jeff Murray and Joan Savino shall take nothing by way of all claims raised in their First Amended Complaint. The First Amended Complaint is dismissed with prejudice and judgment is entered in favor of Defendant Daystar Hotels, Inc.

　　DATED:　　October 26, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE